UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 JAN 28 PM 12:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

YOLANDA VELEZ-RUIZ,
    Plaintiff,

v.   Civ. No. 96-2473(PG)

ROYAL MACABEE LIFE INSURANCE CO.,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #33 - Motion Requesting Delivery of Consigned Funds. | Granted. The Clerk shall issue a check in the amount of $160,975.92 to Dianne M. Hernandez Vely. |

Date: January 24th, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(3)
Finance

(34)