### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

YOLANDA VELEZ RUIZ                    /

      PLAINTIFF                         /      CASE NO. CV -96-2473(PG)

VS.                                  /

ROYAL MACABEE LIFE INSURANCE CO  /

      DEFENDANT                         /

_____

### MOTION REQUESTING DELIVERY OF CONSIGNED FUNDS

**TO THE HONORABLE COURT:**

    Now appears **JORGE LUIS HERNANDEZ VELEZ** and respectfully request and prays:

    1. That on December 8, 1998 the sum of 187,500.00 was deposited in this Honorable Court of the benefit of the appearing party, which was the party's share of life insurance policy benefits.

    2. That the appearing party has been emancipated under Puerto Rico Law, in accordance with the provisions of article 240 of the Puerto Rico Civil Code (31 L.P.R.A. 93) authorize emancipated minors to appear in court. A copy of the correponding emancipated certificate is attached to this motion it being identified as "Exhibit A"

    3. The appearing party respectfully request the Honorable Court that it order its Clerk to disburse to the appearing party the consigned sum of $187,500.00, plus any accrued interest and that the payment be forwarded to the following address:

**JORGE LUIS HERNANDEZ VELEZ**
**URB. VILLA CAPRI**
**CATANIA STREET #1773**
**SAN JUAN, PUERTO RICO 00924**
**TEL. (787)760-0396/283-1862**
**CEL. (787) 579-6519**

    Respectfully submitted at San Juan, Puerto Rico this 13th, day of January of 2005.

**JORGE LUIS HERNANDEZ VELEZ**
URB. VILLA CAPRI
CATANIA STREET #1773
SAN JUAN, PUERTO RICO 00924