## DECLARACION JURADA SOBRE EMANCIPACION

**NOSOTROS, YOLANDA VELEZ RUIZ**, Seguro Social Número 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, mayor de edad, casada, propietaria y vecina de San Juan, Puerto Rico y **JORGE LUIS HERNANDEZ VELEZ**, Seguro Social Número 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, de 20 años de edad, soltero, estudiante y vecina de San Juan, Puerto Rico, bajo juramento **DECLARAMOS**:

1. Que nuestros nombres y demás circunsancias personales son las antes descritas.

2. Que la declarante **YOLANDA VELEZ RUIZ** es la madre con custodia y patria potestad sobre el menor **JORGE LUIS HERNANDEZ VELEZ** de 20 años de edad, quien nació el 3 de junio de 1984, en San Juan, Puerto Rico. Se acompaña Certificado de Nacimiento Número _____.

3. Que los declarantes manifiestan que el Sr. Jorge Juan Hernández Agustin, padre del menor, Jorge Luis Hernández Vélez, falleció el pasado 10 de diciembre de 1993 en Río Piedras, Puerto Rico.

4. Que mediante esta declaración jurada y al amparo de las disposiciones del Artículo 233 del Código Civil de Puerto Rico, **YOLANDA VELEZ RUIZ**, desea emancipar a su hijo, **JORGE LUIS HERNANDEZ VELEZ** para regir su persona y bienes, así como para comparecer a los tribunales de justicia del Estado Libre Asociado de Puerto Rico, cuyo efecto declara que:

   a. Como (madre/padre) con patria potestad sobre su hija (o) la (lo) emancipa (o) y habilita (o) para regir su persona y administrar sus bienes, en la forma y extensión y sólo con las limitaciones establecidas por la Ley, así como para que comparezca ante el Tribunal de Justicia del Estado Libre Asociado de Puerto Rico.

CONTINUACION        EMANCIPACION
PAGINA 2

b. Esta emancipación no faculta al emancipado para contraer obligaciones o promesas que excedan del valor de sus rentas anuales, ni para gravar o vender bienes inmuebles, sin el consentimiento de la declarante, madre/padre de la menor emancipada.

5. **JOSE LUIS HERNANDEZ VELEZ**, declara que los hechos antes expuestos son ciertos y verdaderos, acepta y consciente la emancipación que se le otorga y asume los derechos y obligaciones propias de su nuevo estado.

6. Esta emancipación surtirá efectos contra terceros desde que se inscriba en el Registro Demográfico, al margen de inscripción de nacimiento del menor, **JORGE LUIS HERNANDEZ VELEZ.**

7. Comparecen como testigos instrumentales en el presente otorgamiento conforme a las disposiciones de nuestro Còdigo Civil vigente para estos casos:

**TESTIGO**: LUIS ANDRES ALMAGUEL SORIANO, mayor de edad, soltero, estudiante y vecino de San Juan, Puerto Rico, Seguro Social Número 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.

**TESTIGO**: EDGAR MOJICA BERMUDEZ, Seguro Social Número 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, mayor de edad, soltero, empleado y vecino de Cayey, Puerto Rico.

7. Todo lo antes dicho nos consta de propio y personal conocimiento y en la verdad.

**Y PARA QUE ASI CONSTE**, juramos y suscribimos la presente en Trujillo Alto, Puerto Rico, hoy día 22 de diciembre de 2004.

EMANCIPADO                              TESTIGO
MADRE                                   TESTIGO

AFFIDAVIT NUM: 13,887

Jurada y suscrita ante mi por, YOLANDA VELEZ RUIZ, JORGE LUIS HERNANDEZ VELEZ, LUIS ANDRES ALMAGUEL SORIANO Y EDGAR MOJICA BERMUDEZ, a quienes por no conocer personalmente, y no conocer testigos que conozcan a los comparecientes, procedo a identificarlo(s) mediante el siguiente documento: Yolanda, Jorge Luis y Edgar Mojica, los conozco personalmente y Luis Andres, Licencia de Conductor Número 4486259.

En Trujillo Alto, Puerto Rico, hoy 22 de diciembre de 2004.

NOTARIO PUBLICO

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

**DEPARTMENTO DE SALUD**
(DEPARTMENT OF HEALTH)
**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)
**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

NUMERO: D674802

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1984-03228-036031-000000-01643571

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
JORGE LUIS HERNANDEZ VELEZ

DOMICILIO (DWELLING HOUSE)
BAYAMON, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)
03 JUN 1984

FECHA INSCRIPCION (REGISTRATION DATE)
07 AGO 1984

LUGAR NACIMIENTO (BIRTHPLACE)
SAN JUAN, PUERTO RICO

SEXO (SEX)
M

NOMBRE DEL PADRE (FATHER'S NAME)
JORGE JUAN HERNANDEZ

EDAD (AGE)
26

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
CUBA

NOMBRE DE LA MADRE (MOTHER'S NAME)
YOLANDA VELEZ

EDAD (AGE)
26

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
LARES, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
23 DIC 2004

********************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO, OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24 APRIL 22 1931.

_____
SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

_____
DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Estado Libre Asociado de Puerto Rico
Departamento de Salud



**ADVERTENCIA:** Cualquier alteracion o borradura cancela esta certificacion.

**WARNING:** Any alteration or erasure voids this certification.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOLANDA VELEZ RUIZ, for hersélf and in representation as mother with patria potestas of her minor childen and also as plaintiffs JORGE LUIS HERNANDEZ, DIANE HERNANDEZ, AND JUAN CARLOS HERNANDEZ<br><br>PLAINTIFFS<br><br>V<br><br>ROYAL MACCABEES LIFE INSURANCE COMPANY | CASE NO. 96-2473 (PC)<br><br>FOR COLLECTION OF LIFE INSURANCE PROCEEDS<br><br>(Plaintiffs demand jury trial on all issues) |

**AMENDED COMPLAINT**

**TO THE HONORABLE COURT:**

Now comes plaintiffs designated in the caption, through their attorneys, and respectfully aver, and pray:

1. Plaintiffs are all citizens and domiciliaries of the Commonwealth of Puerto Rico.

2. Defendant is an insurance company authorized to do business in Puerto Rico with its principal place of business at the State of Michigan, U.S.A.

3. This Court has jurisdiction over the subject matter under 28 U.S.C. 1332 because of the diversity of citizenship of the parties, and because the matter, exclusive of interest and costs, exceeds $50,000.00.

4. Co-plaintiff Yolanda Vélez Ruíz is the widow of Jorge Hernández and the other co-plaintiffs, Jorge Luis, Diane, and Juan Carlos Hernández are the children of both.

5. Jorge Hernandez died accidentally in Río Piedras, PR on 10 December 1993.

6. On the aforesaid date of the death of Jorge Hernández, there was in existance, and in full force and effect a life insurance policy in which said Jorge Hernández was the named insured, and the plaintiffs herein are the beneficiaries, which policy was issued by defendant Royal Maccabees Life Insurance Company, policy number 4124730, issued on 26 May 1992, with limits of $300,000.00, plus $250,000.00 for Accidental Death Benefits for a total of $550,000.00 which defendant owe plaintiffs herein.

7. In spite of the requirements made to it, the defendant has refused and still continues to refuse to pay to the plaintiffs the amount of the policy, wherefore it is proper that said defendant be ordered to proceed with said payments, plus legl interest from 10 December 1993, date of the insured's death, plus attorneys fees in an amount of not less than $100,000.00, plus court costs.

**WHEREFORE**, plaintiffs move the Court for judgment ordering the defendat to pay to the plaintiffs the claimed amount of $550,000.00 plus legal interest from 10 December 1993, costs and an amount of not less than $100,000.00 for attorney's fees.

In San Juan, Puerto Rico, of February 13, 1997.

> IVAN DE JESUS M ARRERO
> E. VAZQUEZ OTERO
> JORGE L. SUAREZ
> ELI B. ARROYO
> ATTORNEYS FOR THE PLAINTIFFS

By:    ELI B. ARROYO (107714)
       PO BOX 366829
       SAN JUAN PR 00936-6829
       TEL. 753-1767

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the present amended complaint has been mailed on this date to Charles E. Fitzwilliam, Esq., counsel for defendant, 1719 Ponce de León Ave., San Juan, PR 00909-1905

ELI B. ARROYO

**Jorge Luis Hernández Vélez**

**12 de enero de 2005**

United States District Court
District of Puerto Rico

Honorable Juez:

Por la presente hago constar que la petición del dinero que estoy solicitando a travez de la moción que incluyo con esta carta, es para la compra de una propiedad ubicada en la avenida De Diego, Río Piedras. Se incuyen los costos de dicha propiedad.

Muy respetuosamente,

*[signature]*

Jorge L. Hernández Vélez
Catania 1173
Urb. Villa Capri, P.R. 00924
Tel. (787)760-0396
Cel. (787)579-6519

DE DIEGO 474 CORPORATION  
Guaynabo, PR

DE DIEGO CHALETS

Teléfono: 751-6539

**PRECIOS**  
**EDIFICIOS A, B**  
(3 niveles)

| MODELO: TYPICAL (2ndo. nivel) | | HABS: 3 | BAÑOS: 2 |
|---|---|---|---|
| P/Venta | : $155,000.00 | $ 957.00 | (Princ./Int.) |
| Hipoteca | : 151,500.00 | 38.00 | (Seg. Hazard) |
| Pronto | : 3,500.00 | 63.00 | (MIP) |
| Cierre (Aprox.) | : 3,787.00 | 1,058.00 | |
| Inversión (Aprox.) | : $ 7,287.00 | 45.00 | (Mant. Aprox.) |
| | | $1,103.00 | (Mens. Aprox.) |

| MODELO: GARDEN (1er. nivel) (entrada directa) | | HABS: 3 | BAÑOS: 2 |
|---|---|---|---|
| P/Venta | : $168,000.00 | $1,038.00 | (Princ./Int.) |
| Hipoteca | : 164,200.00 | 41.00 | (Seg. Hazard) |
| Pronto | : 3,800.00 | 68.00 | (MIP) |
| Cierre (Aprox.) | : 4,105.00 | 1,147.00 | |
| Inversión (Aprox.) | : $ 7,905.00 | 45.00 | (Mant. Aprox.) |
| | | $1,192.00 | (Mens. Aprox.) |

| MODELO: PENTHOUSE (3er. nivel) | | HABS: 3 | BAÑOS: 2 |
|---|---|---|---|
| P/Venta | : $177,000.00 | $1,093.00 | (Princ./Int.) |
| Hipoteca | : 173,000.00 | 43.00 | (Seg. Hazard) |
| Pronto | : 4,000.00 | 72.00 | (MIP) |
| Cierre (Aprox.) | : 4,325.00 | 1,208.00 | |
| Inversión (Aprox.) | : $ 8,325.00 | 60.00 | (Mant. Aprox.) |
| | | $1,268.00 | (Mens. Aprox.) |

NOTAS:
1. Los precios están sujetos a cambio sin previo aviso
2. Las unidades de esquina tienen un costo adicional de $2,500.00
3. El pago mensual ha sido calculado al 6.50% de interés FHA por 30 años
4. El interés hipotecario será el prevaleciente en el momento del cierre
5. El pago mensual no incluye contribuciones
6. Las reservaciones son con giro o cheque de gerente por $2,500.00 a nombre de DE DIEGO 474 CORPORATION
7. El financiamiento será con Equity Mortgage Corp. Téls: 725-1072, 725-1074

3/13/04

# GOOD FAITH ESTIMATE
POPULAR MORTGAGE, INC.

**Nota Importante:**
Al momento del cierre, la oferta será de _____%, [ ] por debajo o [ ] por encima del interés prevaleciente de esta institución, con __1__ % de cargos de originación y descuento. Oferta especial para solicitudes con crédito excelente (0,0,0). Sujeto a aprobación de crédito, sujeto a la política de crédito de esta institución.
[X] Esta oferta está sujeta a un interés mínimo de 5.375% al momento del cierre.

**Application #**
**Applicants:** JORGE HERNANDEZ VELEZ                    12/03/2004

15 9 hrs 5

**Property Address:**   , PR

**Proposed Loan:** FNMA CONFORMING 15 YRS FIXED in the amount of $110,000.00, in 180 payments, at the initial rate of 5.375000%.

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A Settlement Statement which you will be receiving at settlement. The HUD-1 or HUD-1A Settlement Statement will show you the actual cost for items paid at settlement.

## ESTIMATED CLOSING COSTS

| HUD  | Amount       | Description |
|------|--------------|-------------|
| 801  | $ 1,100.00   | *Loan Origination Fee |
| 803  | $   275.00   | Appraisal Fee |
| 807  | $     5.00   | *Payoff St. - $10/CRIM - $5 |
| 814  | $    58.00   | *Processing & Underwr Fee |
| 1102 | $    60.00   | Abstract/Title Search |
| 1106 | $   550.00   | Notary fees |
| 1107 | $ 1,000.00   | Attorney's fees |
| 1108 | $   350.00   | Title Insurance |
| 1111 | $    65.00   | Presentation of Deeds |
| 1201 | $   981.00   | Recording Fees |
| 1202 | $   315.00   | City/county tax/stamps |
| 1203 | $   158.50   | State Stamp |
| 1303 | $     9.00   | Flood Certificate |

         $   4,926.50  Total

## ESTIMATED PREPAID ITEMS

| 901  | $   32.40  | *Interest 2 day(s) @ $16.1986 |
| 903  | $  310.00  | Hazard Insurance Premium |
| 1001 | $   51.66  | Hazard insurance reserves 2 payment(s) @ $25.83 |

         $     394.06  Total

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the Lender will take a first lien on the property.

## TRANSACTION SUMMARY

| Estimated Payment: | | Purchase Price | $ 155,000.00 | Less Adj Loan Amt | $ 110,000.00 |
|---|---|---|---|---|---|
| Principal & Interest | $ 891.51 | Refinance / Payoffs | $ 0.00 | Less Cash Deposits | $ 0.00 |
| Taxes & Assessments | $ 0.00 | Est Closing Costs | $ 4,926.50 | Less Other Financing | $ 0.00 |
| Hazard & Flood Insurance | $ 25.83 | Est Prepaid Items | $ 394.06 | Less Amt Pd by Seller | $ 0.00 |
| Mortgage Insurance | $ 0.00 | | | Less Other Credits | $ 0.00 |
| Other | $ 0.00 | Total Costs | $ 160,320.56 | Total Credits | $ 110,000.00 |
| Total | $ 917.34 | | | Cash Required | $ 50,320.56 |

Items with (*) are shown on the Truth-in-Lending Disclosure as Finance Charges.

_____  12/03/04
Authorized Official

_____                     _____
JORGE HERNANDEZ VELEZ      Date                                         Date

_____                     _____
                           Date                                         Date

VMP-5017 (9910)          VMP MORTGAGE FORMS - (800)521-7291                   10/99